THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JULIAM BRETT WATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:09-CV-268-TMH |
| | ) | [WO] |
| | ) | |
| CAPTAIN NIXON, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

On April 2, 2009, the Magistrate Judge filed a Report and Recommendation (Doc. 5) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 5) of the Magistrate Judge is ADOPTED;

2. The plaintiff's claims arising from the various instances of confiscation of his personal property be dismissed with prejudice prior to service pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i); and,

3. This case, with respect to the plaintiff's claims regarding the need for corrective vision lenses and the lack of medical treatment for an injury to his cheek, be referred back to the Magistrate Judge for additional proceedings.

Done this   22nd day  of April, 2009.

**/s/ Truman M. Hobbs**

SENIOR UNITED STATES DISTRICT JUDGE