IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JULIAN BRETT WATSON, #279414, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cv-268-TMH |
| | ) | [wo] |
| CAPT. NIXON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

On June 22, 2012, the Magistrate Judge filed a Recommendation that Defendants' motion for summary judgment be GRANTED; that judgment be entered in favor of the Defendants; that this case be dismissed with prejudice; and that no costs be taxed herein. (Doc. No.107). No timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case is hereby DISMISSED with prejudice. A Judgment in favor of the Defendants shall be forthcoming.

DONE this 28th day of August, 2012.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE